RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Dennis Obey

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DENNIS OBEY,<br><br>            Defendant. | 2:06-cr-157-LDG-GWF<br><br>**MOTION TO MOOT HEARING SET FOR SEPTEMBER 18, 2012** |

### MOTION TO MOOT HEARING SET FOR SEPTEMBER 18, 2012

On August 24, 2012, Dennis Obey (Obey) filed a pro se motion requesting a new attorney. At that time his attorney was Monique Kirtley. On August 27, 2012, the undersigned counsel was assigned to this case for reasons unrelated to Mr. Obey's motion. The undersigned has already met with Mr. Obey. Mr. Obey did not indicate that he wanted another attorney now that the undersigned was assigned to the case. As a result, there is no need to hold the hearing currently set for September 18, 2012.

### CONCLUSION

The undersigned respectfully requests that this court render the hearing currently set for September 18, 2012 as moot.

DATED this 10th day of September, 2012.

RENE L. VALLADARES
Federal Public Defender

 /s/ Brenda Weksler
BRENDA WEKSLER
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DENNIS OBEY,<br><br>            Defendant. | 2:06-cr-157-LDG-GWF<br><br>**ORDER** |

    IT IS HEREBY ORDERED ADJUDGED AND DECREED that the hearing set for Tuesday, September 18th at the hour of 1:30 p.m is vacated as moot.

    IT IS FURTHER ORDERED that Defendant's Motion to Substitute Attorney (#26) is denied as moot.

    DATED:  10th  day of  September  2012

_____
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law Offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on September 10, 2012, I served an electronic copy of the above and foregoing **MOTION TO MOOT HEARING SET FOR SEPTEMBER 18, 2012**, by electronic service (ECF) to the persons named below:

>DANIEL G. BOGDEN
>United States Attorney
>NANCY J. KOPPE
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

*/s/ Nancy Vasquez*
_____
Employee of the Federal Public Defender